# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02837-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

RONALD CLARENCE CALHOUN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Social Security Administration Acting Commissioner,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Ronald Clarence Calhoun, currently resides in Denver, Colorado. Plaintiff has filed a Complaint challenging the denial of his Social Security disability benefits.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1) \_\_ is not submitted
(2) \_\_ is not on proper form (must use the Court's current form)
(3) \_\_ is missing original signature by Plaintiff
(4) \_\_ is missing affidavit
(5) \_\_ affidavit is incomplete
(6) \_\_ affidavit is not notarized or is not properly notarized
(7) \_\_ names in caption do not match names in caption of complaint, petition or application
(8) _X_ other: On Page One, of the § 1915 motion, under the first paragraph of the

motion, Plaintiff asserts that the nature of this action is to "[v]acate the original class 1 Misdemeanor, 12-11-02 with Lifetime Registration, and to provide relief therefrom."  This statement is not in keeping with the nature of the action filed and the relief sought.  Plaintiff is directed to file a revised § 1915 motion.  Also, appears all sources of income, as noted on Page Three, are not identified on Page Two

**Complaint or Petition**:

(9)   __   is not submitted
(10)  __   is not on proper form
(11)  __   is missing an original signature by Plaintiff
(12)  __   is incomplete
(13)  __   uses et al. instead of listing all parties in caption
(14)  __   names in caption do not match names in text
(15)  __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a 28 U.S.C. § 1915 motion and affidavit, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED October 18, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge