IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2837-AP

Ronald Clarence Calhoun,

    Plaintiff,

v.

Carolyn W. Colvin,
    Acting Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>*Pro se* Plaintiff</u>:
Ronald C. Calhoun
P.O. Box 44211
Denver, CO 80201-4421
720-975-3303

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

David I. Blower
Special Assistant United States Attorney
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

- 1 -

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

        A.      **Date Complaint Was Filed**: 10/17/13

        B.      **Date Complaint Was Served on U.S. Attorney's Office**: 12/12/13

        C.      **Date Answer and Administrative Record Were Filed**: 4/9/14

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters to bring to the attention of the Court.  This case is not an appeal from a decision issued on remand from this Court.

**8. BRIEFING SCHEDULE**

        A.      **Plaintiff's Opening Brief Due**: 6/9/14

        B.      **Defendant's Response Brief Due**: 7/9/14

        C.      **Plaintiff's Reply Brief (If Any) Due**: 7/24/14

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    **( X )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 29th day of April, 2014.

                                 BY THE COURT:

                                 *s/John L. Kane*
                                 U.S. DISTRICT COURT JUDGE

APPROVED:

                                                                              John F. Walsh
                                                                              United States Attorney

***OK/JLK***

s/[1]                                                       **By:** s/ *David I. Blower*
Ronald C. Calhoun                        David I. Blower
P.O. Box 44211                             Special Assistant U.S. Attorney
Denver, CO 80201-4421              1961 Stout Street, Suite 4169
720-975-3303                                Denver, CO 80294-4003
                                                       303-844-1571
*Pro se* Plaintiff                              303-844-0770 (facsimile)
                                                       David.blower@ssa.gov

                                                       Attorneys for Defendant

---

[1] A scanned pdf version of the Joint Case Management Plan, which was filed, includes Plaintiff's ink signature.

- 4 -