IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02837-CBS

RONALD CLARENCE CALHOUN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Craig B. Shaffer on March 24, 2015 , incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final decision is AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, RONALD CLARENCE CALHOUN. is

FURTHER ORDERED that this civil action and complaint are DISMISSED.

DATED at Denver, Colorado this 24th day of March, 2015.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        s/ N. Marble
        N.Marble,
        Deputy Clerk